The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Marie F. POWER, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

**No. 03–3007.**

United States Court of Appeals, Federal Circuit.

DECIDED: Nov. 26, 2002.

**ORDER**

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Kenneth MOORE, Petitioner,**

v.

**DEPARTMENT OF THE AIR FORCE, Respondent.**

**No. 03–3009.**

United States Court of Appeals, Federal Circuit.

DECIDED: Nov. 26, 2002.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Maria SOLER–MINARDO, Petitioner,**

v.

**DEPARTMENT OF DEFENSE, Respondent.**

**No. 03–3003.**

United States Court of Appeals, Federal Circuit.

DECIDED: Nov. 26, 2002.

**ORDER**

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Maria SOLER–MINARDO, Petitioner,**

v.

**DEPARTMENT OF DEFENSE, Respondent.**

**No. 03–3002.**

United States Court of Appeals, Federal Circuit.

DECIDED: Nov. 26, 2002.

**ORDER**

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Maureen E. FOLEY, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

**No. 02–3404.**

United States Court of Appeals, Federal Circuit.

DECIDED: Nov. 26, 2002.

**ORDER**

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Ricardo C. SAHAGUN, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

**No. 02–3058.**

United States Court of Appeals, Federal Circuit.

DEICDED: Nov. 26, 2002.

*ORDER*

PAULINE NEWMAN, Circuit Judge.

Ricardo C. Sahagun submits a motion for leave to proceed in forma pauperis, an